# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>     Plaintiff, )<br>     )<br>vs.  )<br>     )<br>JAMIL F. THOMAS, )<br>     )<br>     Defendant. ) | Case No. 07-CR-30112-MJR |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

On January 11, 2008, the United States of America and Thomas filed written consents to appear before Magistrate Judge Clifford Proud pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, Thomas entered a plea of guilty to Count 1 of the Superseding Indictment.

On January 11, 2008, Judge Proud submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 19).

The Report was sent to the parties along with a "NOTICE" informing them of their right to appeal by way of filing "Objections" within ten days of service of the Report. To date, no objections have been filed, and the period in which such objections may be filed has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985);** *Video Views Inc. v. Studio 21, Ltd.*, **797 F.2d 538 (7th Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Proud's

Report and Recommendation (Doc. 19), **ACCEPTS** Thomas's plea of guilty, **ADJUDGES** Thomas guilty, **REFERS** the matter to the United States Probation Office so that a presentence investigation and report can be prepared, and **SETS** a sentencing hearing for **1:30 p.m. on May 2, 2008.**

**IT IS SO ORDERED.**

**DATED this 29th day of January 2008.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**
