**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 07-cr-30112-MJR |
| | ) | |
| **JAMIL F. THOMAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

**REAGAN, District Judge:**

On May 2, 2008, this court entered an order for forfeiture against defendant Jamil F. Thomas for the following property which had been seized from said defendant:

**One Taurus, model PT 92 AF, 9mm semiautomatic pistol, bearing serial number TTG40744;**

**One Ruger, model P94, 9mm semiautomatic pistol, bearing serial number 308-21656;**

**One Colt, model Detective special, .38 caliber revolver, bearing serial number C18878.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 25, 2008, and ending December 24, 2008, and that no third party filed a petition within 30 days after the last date of said

1

publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on May 2, 2008, namely:

**One Taurus, model PT 92 AF, 9mm semiautomatic pistol, bearing serial number TTG40744;**

**One Ruger, model P94, 9mm semiautomatic pistol, bearing serial number 308-21656;**

**One Colt, model Detective special, .38 caliber revolver, bearing serial number C18878.**

The Vault Custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED this 19th day of February 2009.**

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge