IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMIL THOMAS,<br><br>        Defendant. | No. 07-CR-30112-MJR |

**ORDER**

Before the Court is defense counsel's Motion to Withdraw (Doc. 38), in which counsel states that Defendant's guideline range is unchanged by the 2011 retroactive amendment to the sentencing guideline range and concludes that this precludes any non-frivolous argument for a sentence reduction under 18 U.S.C. § 3582(c) and the retroactive amendment to the crack cocaine sentencing guideline.

The Court being duly advised in the premises grants the Motion to Withdraw filed by the Federal Public Defender's Office. So that the Defendant may respond within 14 days of the date of this Order, the Court further directs that a copy be mailed to at his last known address:

Jamil F. Thomas
Reg. No. 03634-025
FCI Memphis
Federal Correctional Institution
P.O. Box 34550
Memphis, TN 38134

**IT IS SO ORDERED.**

**DATED: January 26, 2012**

                                                                   s/ *Michael J. Reagan*
                                                                   **MICHAEL J. REAGAN**
                                                                   **UNITED STATES DISTRICT JUDGE**