IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 07-CR-30112-SPM-1 |
| **JAMIL F. THOMAS,** | |
| **Defendant.** | |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter is before the Court on the Motion for Early Termination of Supervised Release filed by Defendant Jamil F. Thomas (Doc. 54). Thomas seeks the early termination of an eight-year period of supervised release after serving roughly six years of his term. The United States Probation Office and the Government do not object to early termination.

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Thomas has served more than three-fourths of his term of supervision. While probation submitted violation reports to the Court for marihuana use twice in 2021 and once in 2022, he has complied with all other terms. He has maintained full-

time employment, his financial obligations are paid in full, and he has completed outpatient treatment. After considering Thomas's motion and the § 3553(a) factors, the Court finds that termination of his supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Early Termination of Supervised Release by Defendant Jamil F. Thomas (Doc. 54) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

    **IT IS SO ORDERED.**

    **DATED:   November 29, 2023**

                                                                       *s/ Stephen P. McGlynn*
                                                                         **STEPHEN P. McGLYNN**
                                                                           **U.S. District Judge**